CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 30 2017

JULIA C. DUDLEY, CLERK
BY: HMcDonesj
DEPUTY CLERK

06/29/2017

4:17CV00042

All enclosed documents ARE FOR THE ACKNOWLEDGEMENT OF THE DEFENDANT PARTY.

This orginial statement will be placed in the clerk of court that the hearing date is set.

This mail attempt to service Defendant has been Attempted by Cedrick E Draper on June 29 2017 between the time frame of 2:30 AND 4:00pm.

Documents enclosed:
Complaint 2 copies
Other support documents
Signature: (signature)
Date: 06/29/2017

City/County of Lynchburg
Commonwealth of Virginia
Subscribed and sworn to before me
this 29 of June, 2017
by Cedrick Draper
Kyndal Worsham, Notary Public
Reg. # 7679666 Com. Exp. July 31, 2020

KYNDAL LAYNE WORSHAM
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2020
COMMISSION # 7679666