Date: 06/30/2017

To: Honorable Judge

From: Cedrick E Draper

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 30 2017

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

Case No: ~~4:17CV00042~~ (CED) 4:17CV00042
Title: Deconsideration
Re: ~~Relief~~ (ED) Relief of Reconsideration to denial to proceed without pay

Request is due to circumstances:

* Plaintiff is in the state of unemployed
* All money in possession is loan money from academic disbursement of financial aid difference which is subject to a loan balance.

* Plaintiff has one interview on July 6 2017 with a hertz company and three pending unemployment decisions.

* In all Bank accounts that Plaintiff holds the reflection of a negative balance is current result unless disburse money from college financial aid disbursement.

* Plaintiff provided termination letters and cannot get assistance due to prior criminal record.

* Plaintiff refile and stated a claim of Discrimination which Include name of the organization, exact employees that reflected the incidents, dates of the incidents,

AND specfic lines to justify material in the complaint.

The refile complaint with supportive information is not frivolous to the VA code action place upon him as a former employee of Muy Pizza Hut SoutheastLLC

Proof of service by complaint was issued an the cost was five dollarsand some odd change.

Day of 30th June 2017

Toward:
All enclosed presented documents on 06/30/2017

Certificate of Service

I hereby certify that on June 30 2017 a true and correct copy of forgoing instrument has been forwarded by first class mail to the counsel of the record.

30th June 2017

*[signature]*