Date: June 30 2017
TO: Honorable Judge
Venue: Danville
Case No: 4:17CV00042
Re: Amend Plaintiff Name
Title: Amend

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 30 2017
JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

Plaintiff name is Cedrick E Draper or Cedrick Evron Draper Not Cedrick Evron Draper.

Please change name under specfic links of plaintiff true identity within Social Security ID Information.

June 30th 2017

Toward:
All enclosed presented documents on 06/30/2017

Certificate of Service

I hereby certify that on June 30 2017 a true and correct copy of forgoing instrument has been forwarded by first class mail to the counsel of the record.

30th June 2017