CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
JUL 0 7 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

CEDRICK E DRAPER
2229 YORKTOWN AVE #302
LYNCHBURG VA 24501

UNITED STATES WESTERN DISTRICT COURT

DANVILLE DIVISION

| | |
|---|---|
| CEDRICK E DRAPER, | Case No.: 4:17-cv-00042 |
| Plaintiff, | To: Honorable Jackson L. Kiser |
| | Senior United States District Judge |
| vs. | Answer to Order |
| MUY PIZZA HUT SOUTHEAST LLC AND PIZZA HUT, | |
| Defendant | |

    Plaintiff apologizes for any legal misconception of stated claims to the Honorable Judge or towards the Clerks but the plaintiff has revealed the defendants' employees' actions upon unlawful termination, impact of retaliation within lines of adverse statements, perjury among testimony of termination event upon the plaintiff. Perjury within testimony was displayed within VA Employment Commission interview.

    In the event of federal or state rules and statues being violated, the plaintiff attempted to present the names and events that occurred to define the complaint with supportive evidence, allegations, and damages seeking. The United States' District form questionnaire of the complaint and my supportive evidence must be legally vague to the IFP portion of observation. Plaintiff will act upon this order's information:

    1. Plaintiff will seek legal advice or,

    2. Plaintiff will amend his original complaint.

Answer to Order - 1

3. Plaintiff will contact the EEOC office to direct a copy of this order in the reflected instructions of the Right to Sue letter.
4. Plaintiff will resubmit the FOIA along with the amended complaint.
5. Plaintiff will attempt to sit in a case date to approach the judge for any further actions of granted or denial decision.
6. Plaintiff will provide a ground of defense with the amended complaint.

Dated this 7 of JULY, 2017



CEDRICK E DRAPER

Date: 07/07/2017
Time: 9:28 A.M.
RE: Documents Enclosed 3 pages in totals

Certificate of Service

I hereby certify that on July 7, 2017 a true and correct copy of forgoing instrument has been forwarded by first class mail to the counsel record.