# Cedrick E Draper

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 1 0 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## Memorandum

To: Presiding Judge
From: Cedrick E Draper
CC: Deputy Clerk
Case No: 4:17-CV-00042
Re: Contested Review & Arrange a time to speak with the Presiding Judge on that review.
(Plaintiff was informed of Court Appearance on July 11, 2017)

Under the amended information presented to defined further bias and theory of the stated claim, plaintiff request a contested review upon the order to proceed without pay. According to the specific information provided in the order, the original complaint is frivolous and malicious but it does state the intention of the plaintiff to include attachment information with original complaint. Plaintiff stated in the original complaint specific listings of areas where the workers of the defendant place unlawful actions.

With all due respect Honorable Judge from the attachment information, additional evidence, and connected sworn statements all information exhibit direct evidence with support of plaintiff party's typo error regarding corrected date of termination. All facts are occurrences within the factual bias of the plaintiff's stated complaint, pleadings, or defense.

Review is requested for detail examination of provided information because plaintiff feels no information included carries a suspicious or harmful act to reflect vague bias of stated claim or invoked violence on his behalf toward defendant. The last case was dismissed due to return payment on the filing fee not for unstated claim that is selected in the denial to proceed without pay order.

2229 YORKTOWN AVE #302 LYNCHBURG, VA 24501
T 276.806.4958 FAX 434.509.1260
CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT ON JULY 10TH 2017 A TRUE AND CORRECT COPY OF FORGOING INSTRUMENT HAS BEEN FORWARDED BY FIRST CLASS MAIL TO THE COUNSEL OF RECORD.
SIGNATURE _____

# Cedrick E Draper

## Memorandum

To: Daron L. Calhoun
From: Cedrick E Draper
CC:
Case No: 4:17-CV-00042

According to the Right to Sue letter's instructions, in the pursuit of the Right to Sue in US District Court a copy of further action should be submitted within reference to the dismissal letter of the EEOC director. This further action is an initial refile under the without prejudice statute of limitation circumstances.

SIGNATURE: *[signature]*
DATE: 7/09/2017

2229 YORKTOWN AVE #302 LYNCHBURG VA 24501
T 276.806.4958 FAX 434.509.1260
CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT ON JULY 10TH 2017 A TRUE AND CORRECT COPY OF FORGOING INSTRUMENT HAS BEEN FORWARDED BY FIRST CLASS MAIL TO THE COUNSEL OF RECORD.
SIGNATURE: *[signature]*