CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUL 12 2017
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

CEDRICK E DRAPER
2229 YORKTOWN AVE #302
LYNCHBURG VA 24501

UNITED STATES WESTERN DISTRICT COURT

DANVILLE DIVISION

CEDRICK E DRAPER,  ) Case No.: 4:17-cv-00042
              )
        Plaintiff,  ) To: Honorable Jackson L. Kiser
              ) Senior United States District Judge
vs.            ) Motion
              )
MUY PIZZA HUT SOUTHEAST LLC  )
              )
ET AL.,          )
              )
        Defendant

### Voluntary Dismissal

Plaintiff request to exercise his right to 1st action of voluntary dismissal under civil procedure rule 41.

_____
Cedrick Euron Draper

Motion - 1

### Certificate of Service

I HEREBY CERTIFY THAT ON JULY 12TH 2017 A TRUE AND CORRECT COPY OF FORGOING INSTRUMENT HAS BEEN FORWARDED BY FIRST CLASS MAIL TO THE COUNSEL OF RECORD.

SIGNATURE: _____

# Cedrick E Draper

## Memorandum

To: Presiding Judge
From: Cedrick E Draper
CC: Deputy Clerk
Case No: 4:17-CV-00042
Title: Unilateral notice of voluntary dismissal
Re: Plaintiff request to proceed his right to 1st time voluntary dismissal with the save statue of limitations under without prejudice circumstances within Civil procedure Rule 41.

2229 YORKTOWN AVE #302 LYNCHBURG VA 24501
T 276.806.4958 FAX 434.509.1260
CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT ON JULY 12TH 2017 A TRUE AND CORRECT COPY OF FORGOING INSTRUMENT HAS BEEN FORWARDED BY FIRST CLASS MAIL TO THE COUNSEL OF RECORD.
SIGNATURE: _____